UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 18742
 JESUS MARTINEZ
 MICHELLE MARTINEZ                              CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-1810    SSN XXX-XX-2384

--------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 05/12/04 and confirmed on 07/20/04.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  83478.00 .

   4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NATIONAL CITY MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| NATIONAL CITY MORTGAGE | MORTGAGE ARRE | 3284.90 | .00 | 3284.90 |
| FIFTH THIRD BANK | SECURED VEHIC | 4950.00 | 216.16 | 4950.00 |
| NISSAN MOTOR ACCEPTANCE | SECURED VEHIC | 13145.00 | 1337.99 | 13145.00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 9519.91 | .00 | 9519.91 |
| ANDERSON FINANCIAL NETWO | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1560.69 | .00 | 1560.69 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2482.06 | .00 | 2482.06 |
| CITY OF CHICAGO | UNSECURED | 900.00 | .00 | 900.00 |
| COLLECTECH | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 6828.29 | .00 | 6828.29 |
| DUNSTONE FINANCIAL LLC | UNSECURED | NOT FILED | .00 | .00 |
| FIRST NATIONAL BANK CHGO | UNSECURED | NOT FILED | .00 | .00 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS STUDENT ASSIST | FILED LATE | .00 | .00 | .00 |
| ILLINOIS STUDENT ASSIST | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS STUDENT ASSIST | UNSECURED | NOT FILED | .00 | .00 |
| CAMBECE LAW OFFICE | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL COLLECTION SYSTE | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS IN | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NCO FINANCIAL SYSTEMS IN | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS IN | UNSECURED | NOT FILED | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 154.19 | .00 | 154.19 |
| NICOR GAS | UNSECURED | 366.70 | .00 | 366.70 |
| PFG OF MINNESOTA | UNSECURED | NOT FILED | .00 | .00 |
| ASPIRE VISA | UNSECURED | 600.38 | .00 | 600.38 |
| RETAILERS NATL BANK | UNSECURED | NOT FILED | .00 | .00 |

```
SAMS CLUB                 UNSECURED    NOT FILED           .00          .00
RESURGENT CAPITAL SERVIC  UNSECURED     5207.03            .00      5207.03
RESURGENT CAPITAL SERVIC  UNSECURED     3124.77            .00      3124.77
US DEPARTMENT OF EDUCATI  UNSECURED     8809.08            .00      8809.08
SALLIE MAE GUARANTEE SER  UNSECURED     9757.81            .00      9757.81
FIFTH THIRD BANK          UNSECURED     5530.61            .00      5530.61
         Summary of disbursements:
-------------------------------------------------------------------------------

                   SECURED     PRIORITY    UNSECURED      OTHER        TOTAL
-------------------------------------------------------------------------------

TOTAL CLMS ALLOWED   21379.90        .00     54841.52        .00     76221.42
PRINCIPAL PAID       21379.90        .00     54841.52        .00     76221.42
INTEREST PAID         1554.15        .00          .00        .00      1554.15
TOTAL PAID           22934.05        .00     54841.52        .00     77775.57
```

The Debtor's attorney, LEGAL REMEDIES CHARTERED      , was allowed $   2700.00
and was paid $   1000.00  direct and $   1700.00   through the plan.

The Trustee received $   3527.26 .

Refunds to the Debtor totaled $    475.17 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 05/21/08                /S/
                            GLENN STEARNS
                            CHAPTER 13 TRUSTEE